Opinion by FORD, J.. In accordance with stipulation of counsel that the ·merchandise consists of silk malines similar in all material respects to those the subject of *Elvic Import Corp.* v. *United States* (38 Cust. Ct. 13, C. D. 1837), the claim of the plaintiffs was sustained.

**No. 61060.**—Julien Giguet, Inc. v. United States, protest 294839–K (New York).

Opinion by FORD, J. In accordance with stipulation of counsel that the merchandise consists of silk malines similar in all material respects to those the subject of *Elvic Import Corp.* v. *United States* (38 Cust. Ct. 13, C. D. 1837), the claim of the plaintiff was sustained.

**No. 61061.**—Airport Clearance Service v. United States, protests 289445–K etc. (New York).

Opinion by FORD, J. An examination of the official papers failing to disclose any reason for disturbing the presumptively correct classification made by the collector, the protests were overruled.

BEFORE THE THIRD DIVISION, JULY 16, 1957

**No. 61062.**—Robert L. Albert v. United States, protests 290944–K, 290945–K, and 290946–K (New York).

Opinion by RICHARDSON, J. In accordance with rule 5 (b) of the rules of this court, as amended, the protests were dismissed for lack of prosecution.

**No. 61063.**—Reichard-Coulston, Inc. v. United States, protests 291888–K, etc. (New York).

Opinion by RICHARDSON, J. In accordance with rule 5 (b) of the rules of this court, as amended, the protests were dismissed for lack of prosecution.

**No. 61064.**—Hudson Shipping Co., Inc. v. United States, protest 293507–K (New York).

Opinion by RICHARDSON, J. In accordance with rule 5 (b) of the rules of this court, as amended, the protest was dismissed for lack of prosecution.